UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**Case No. : CV 08-8588 CAS (JWJx)**  **Date: October 30, 2009**

**Title:** *Jackie Tates v. Daniel Alawoya et al*

=========================================================================

**PRESENT: <u>HONORABLE CHRISTINA A. SNYDER, JUDGE</u>**

<u>    Catherine M. Jeang    </u>     <u>   Not Present   </u>
**Deputy Clerk**        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS**

Not Present              Not Present

**PROCEEDINGS: <u>ORDER TO SHOW CAUSE</u>   (IN CHAMBERS)**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than <u>**11-16-09**</u> why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)** Answer by defendants on the Third Amended Complaint, or plaintiff's request for entry of default on defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

Time in Court: ____:____
Deputy Clerk: <u>KPA</u>